UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLISLE,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED FOOD AND COMMERCIAL WORKS, UNION LOCAL 21, et al.,<br><br>        Defendant. | CASE NO. C10-452MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

      The Court, having received and reviewed the Stipulation and (Proposed) Order Revising Deadline for Expert Witness Disclosures and Reports (Dkt. No. 29), makes the following findings:

      The motion contains no specific (or insufficient) facts to establish good cause for a continuance of the deadline for reports from expert witnesses and rebuttal reports.

      Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

1 The clerk is ordered to provide copies of this order to all counsel.

2 Dated this 14th day of December, 2010.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 2